Jackson Chambers DANIELS, Jr., Petitioner,

v.

**UNITED STATES DISTRICT COURT FOR the CENTRAL DISTRICT OF CALIFORNIA, Respondent.**

Arthur Calderon, Warden, San Quentin State Prison; the Attorney General of the State of California, Real Parties in Interest.

No. 94–70295.

United States Court of Appeals, Ninth Circuit.

Dec. 28, 1995.

Before: FERGUSON, NORRIS, and TROTT, Circuit Judges.

**ORDER**

The petition for rehearing is GRANTED.

This court's opinion, filed July 18, 1995, is hereby WITHDRAWN.